IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMORA SUSAN MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>    Defendant. | Case No.: 1:25-cv-03325-AT-JSA<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kimora Susan Miller and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully Submitted this: February 26, 2026

/s/ *Moshe Boroosan*
Moshe Boroosan, GA Bar No. 744128
CONSUMER ATTORNEYS PLLC
68-29 Main Street

- 1 -

- 2 -

Flushing NY 11367
T: (718) 887-2926
F: (718) 715-1750
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Kimora Susan Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS PLLC**

By: */s/ Max Lukjanski*